# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL HAGOS, *et al*.,

    Plaintiffs,

v.

WASHINGTON MUTUAL BANK, *et al*.,

    Defendants.

Case No. 2:12-CV-00587-KJD-GWF

**ORDER**

    Before the Court is the Motion for Judgment on the Pleadings (#14) filed by Defendants JP Morgan Chase, MERS, Wamu Asset Acceptance Corporation, Washington Mutual Bank, and Washington Mutual Mortgage Securities Corp. (collectively "Defendants"). Also before the Court is Defendants' Motion to Expunge Plaintiffs' Fugitive Documents of Record Related to the Subject Property (#15). Plaintiffs have failed to file any opposition to these motions.

    This is the fourth legal proceeding instituted by Plaintiffs in relation to a property at 6659 Catocin Avenue, Las Vegas, Nevada ("the Property"). Each of the other proceedings has been promptly dismissed. Defendants have set forth good cause for dismissal of this action and Plaintiffs have failed to file any opposition. According to Local Rule 7-2, failure to provide points and authorities in opposition to a motion constitutes consent to the granting of the motion.

1  Accordingly, **IT IS HEREBY ORDERED THAT** the Motion for Judgment on the
2  Pleadings (#14) and Motion to Expunge Plaintiffs' Fugitive Documents of Record Related to the
3  Subject Property (#15) filed by Defendants JP Morgan Chase, MERS, Wamu Asset Acceptance
4  Corporation, Washington Mutual Bank, and Washington Mutual Mortgage Securities Corp. are
5  **GRANTED**.
6  **IT IS FURTHER ORDERED** that judgment be entered against Plaintiffs and in favor of
7  Defendants JP Morgan Chase, MERS, Wamu Asset Acceptance Corporation, Washington Mutual
8  Bank, and Washington Mutual Mortgage Securities Corp.
9  DATED this 19th day of September 2012.

_____
Kent J. Dawson
United States District Judge