1  Kent F. Larsen, Esq., NBN 3463
2  Joseph T. Prete, Esq., NBN 9654
   SMITH LARSEN & WIXOM
3  1935 Village Center Circle
   Las Vegas, Nevada 89134
4  Tel:   (702) 252-5002
5  Fax: (702) 252-5006
   Email: kfl@slwlaw.com
6         jtp@slwlaw.com
   Attorneys for Defendant
7  Mortgage Electronic Registration Systems, Inc. and
8  JPMorgan Chase Bank, N.A., for itself
   and as acquirer of certain assets and liabilities
9  of Washington Mutual Bank, F.A.,
   from the FDIC, acting as receiver (erroneously named
10 as Washington Mutual Mortgage Securities Corporation
   and Wamu Asset Acceptance Corporation)
11

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

13 DANIEL HAGOS AND MIYIKI AKUI,        )
                                        )   CASE NO.      2:12-cv-00587-KJD-GWF
14          Plaintiffs,                 )
                                        )
15 v.                                   )
                                        )   (PROPOSED)
16 WASHINGTON MUTUAL BANK;              )   ORDER CANCELING AND
17 WASHINGTON MUTUAL MORTGAGE           )   EXPUNGING INSTRUMENT NOS.
   SECURITIES CORPORATION; WAMU         )   201204110002785 AND 201202210001754
18 ASSET ACCEPTANCE CORPORATION;        )   FROM THE RECORDS OF THE CLARK
19 WAMU MORTGAGE PASS-THROUGH           )   COUNTY RECORDER'S OFFICE
   CERTIFICATE SERIES 2006-AR19;        )   RELATIVE TO PROPERTY
20 LASALLE BANK NATIONAL                )   COMMONLY KNOWN AS 6659
   ASSOCIATION; MERS; JPMORGAN          )   CATOCTIN AVENUE, LAS VEGAS,
21 CHASE; AND ALL PERSONS CLAIMING )       NEVADA 89139, PARCEL NO.
22 BY, THROUGH OR UNDER SUCH            )   176-11-112-048
   PERSON, ALL PERSONS UNKNOWN,         )
23 CLAIMING ANY LEGAL OR EQUITABLE)
   TITLE, ESTATE, LIEN OR INTEREST IN )
24 THE PROPERTY DESCRIBED IN THE        )
   COMPLAINT ADVERSE TO PLAINTIFFS )
25 TITLE THERETO; and DOES 1 to 20,     )
   inclusive,                           )
26                                      )
                                        )
27          Defendants.                 )
   _____)
28

Whereas the Court entered an Order on September 20, 2012 (Doc. 16), in which it granted defendants' motion for judgment on the pleadings (Doc. 14) and motion to expunge plaintiffs' fugitive documents of record related to the subject property (Doc. 15);

The Court hereby orders, consistent with its September 20, 2012 Order, that the following documents are hereby cancelled and expunged from the records of the Clark County Nevada Recorder's Office, relative to property commonly known as 6659 Catoctin Avenue, Las Vegas, Nevada 89139, parcel. No. 176-11-112-048 (the "Subject Property"):

1.  Secretary of State Letter Notary Suspension, Instrument No. 201202210001754

2.  Mortgage Forensic Securitization Analysis Report, Instrument No. 201204110002785

3.  Any other document that plaintiffs Miyuki Akui or Daniel Hagos have caused to be recorded against the Subject Property relative to deed of trust Instrument No. 200609260002215.

A certified copy of Instrument No. 201202210001754 is attached hereto as Exhibit A and a certified copy of Instrument No. 201204110002785 is attached hereto as Exhibit B.

**IT IS SO ORDERED** this __24t__day of September, 2012

_____
UNITED STATES DISTRICT JUDGE